**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | |
|---|---|
| **YORDANIS PENA,** § | |
| *Individually, and on behalf of others* § | |
| *similarly situated,* § | |
|     Plaintiff, § | |
| § | |
| vs. § | NO. MO:20-CV-00137-DC |
| § | |
| **E.C. ROUSTABOUT SERVICE, INC.,** § | |
| **ET AL.,** § | |
|     Defendant. § | |

**JOINT MOTION FOR APPROVAL OF SETTLEMENT**
**AND DISMISSAL WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

The parties hereto submit a true and correct copy of their settlement agreement in this matter, attached as "Exhibit A," and jointly file this Motion for Approval of Settlement and Dismissal with Prejudice. In support of this Motion, the parties show the Court:

1. Plaintiff filed this action against Defendants on May 28, 2020. Defendants waived service of summons and accepted service on May 29, 2020. Plaintiff's main claim is that he and others were not paid an overtime premium for hours worked over 40 per week, as required by the Fair Labor Standards Act, 29 U.S.C. 207(a)(1).

2. Service of the Complaint herein was the first notice Defendants received that their payment of overtime to Plaintiff and their other employees had been improper.

3. Defendants contend that they properly paid overtime to their employees except for between March 8, 2020 to May 30, 2020. Defendants contend the failure to pay the overtime premium during that period resulted from a change in Defendant E.C. Roustabout Service, Inc.'s method of computing and reporting payment to its employees to its accounting service.

4. Specifically, Defendants contend that in order to keep its employees working their prior number of hours during the COVID-19 pandemic, Defendant E.C. Roustabout Service, Inc., instituted a system of pay for field work at the workers' regular rate of pay, and "yard" work, at a reduced rate of pay. When the hours for each type of work were reported to E.C. Roustabout's payroll and accounting service, the accounting service failed to add together the two types of work and pay the workers overtime premium due.

5. Immediately upon receipt of the Complaint herein, the accounting and payroll service recognized its error. It recalculated the amount of overtime due to each of Defendant E.C. Roustabout Service, Inc.'s workers, including statutory interest, and either delivered checks to those that remained current employees, or mailed checks to the last known address of its former employees (other than the Plaintiff and Opt-in Plaintiff herein).

6. Defendants have no prior Fair Labor Standards Act violations.

7. Defendants have provided substantial discovery to Plaintiffs.

8. The parties have agreed to a settlement as follows:

    a. Plaintiff Yordanis Pena will receive $56.94 in overtime premium and interest, plus a $190.92 premium for serving as the named plaintiff;

    b. Opt-in Plaintiff Oscar Portales will receive $252.12 in overtime premium and interest;

    c. Plaintiff's counsel will receive $1,500.00 in attorney's fees and costs; and

    d. Upon approval by the Court, this matter will be dismissed with prejudice.

9. The parties stipulate and agree that the terms of the settlement are reasonable, and reflect the actual amounts due to Plaintiffs.

10. The parties request the Court approve the Settlement Agreement and dismiss this lawsuit

with prejudice. There is a "strong presumption" in favor of finding an FLSA settlement is fair and reasonable. *See, e.g., Collins v. Sanderson Farms, Inc.*, 568 F.Supp.2d. 714, 720 (E.D. LA. 2008).

WHEREFORE, the parties jointly request the Court approve their settlement, and upon approval, dismiss this matter with prejudice.

    Respectfully submitted,

CARTER, BOYD, LISSON & HOHENSEE
A PROFESSIONAL CORPORATION
515 West Harris Ave., Suite 100
San Angelo, Texas 76903
(325) 655-4889
FAX (325) 657-2070

By: ___/s/ Jeffrey S. Lisson_____
JEFFREY S. LISSON, Texas Bar No. #24028504
jlisson@carterboyd.com
ATTORNEYS FOR DEFENDANTS

MOORE & ASSOCIATES
Lyric Centre
404 Louisiana Street, Suite 675
Houston, Texas 77002-1063
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

By: ____/s/ Melissa Moore_____
    Melissa Moore
    State Bar No. 24013189
    melissa@mooreandassociates.net
    Curt Hesse
    State Bar No. 24065414
    curt@mooreandassociates.net
    ATTORNEYS FOR PLAINTIFFS