UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| **YORDANIS PENA, individually and on behalf of all others similarly situated,** §<br>§<br>*Plaintiffs,* §<br>§<br>**v.** §<br>§<br>**E.C. ROUSTABOUT SERVICE, INC., ET AL,** §<br>§<br>*Defendants.* § | No. MO:20-CV-00137-RCG |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT

BEFORE THE COURT is the parties' Joint Motion for Court Approval of Settlement. (Doc. 16). After due consideration, The Court **GRANTS** the parties' Joint Motion for Court Approval of Settlement. *Id*.

Plaintiffs allege Defendants violated the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq.*, by failing to pay them one and one-half times their regular rate of pay for hours worked in excess of forty hours in a workweek. (Doc. 9). The parties move the Court to approve their Settlement Agreement. (Doc. 16). The Court reviewed the proposed Settlement Agreement and finds that the settlement of this action is fair to all parties, reasonably resolves a bona fide disagreement between the parties concerning the merits of the claims asserted in this action, and demonstrates a good faith intention by the parties to fully and finally resolve all claims asserted. *Id*.

It is therefore **ORDERED** that the parties' Joint Motion for Approval of FLSA Settlement is **GRANTED**, and the Settlement Agreement is **APPROVED**. (Doc. 16).

It is so **ORDERED**.

SIGNED this 5th day of March, 2021.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE