UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| YORDANIS PENA, individually and on behalf of all others similarly situated,<br>   *Plaintiffs,*<br><br>v.<br><br>E.C. ROUSTABOUT SERVICE, INC., ET AL,<br>   *Defendants.* | §<br>§<br>§<br>§<br>§  No. MO:20-CV-00137-RCG<br>§<br>§<br>§<br>§ |

## FINAL JUDGMENT

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Federal Rule of Civil Procedure 41 and based upon the Parties' Joint Motion for Approval of Settlement and Dismissal with Prejudice filed on March 1, 2021. (Docs. 16, 17). Accordingly, the Court **HEREBY ENTERS FINAL JUDGMENT** as follows:

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE**.

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same, except as otherwise provided in the settlement agreement.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**.

SIGNED this 5th day of March, 2021.

_____
RONALD C. GRIFFIN
UNITED STATES MAGISTRATE JUDGE